# Order

Michigan Supreme Court
Lansing, Michigan

September 14, 2007

133416

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

COMMUNITY RESOURCE CONSULTANTS,
INC.,
　　　　　Plaintiff-Appellee,

v

PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
　　　　　Defendant-Appellant.

SC: 133416
COA: 269726
Ingham CC: 04-000879-CK

_____/

　　　　On order of the Court, the application for leave to appeal the February 1, 2007 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing whether, for purposes of MCL 500.3145(1), a loss is incurred at the time the treatment or services are provided, rather than at the time a bill is submitted for the treatment or services in question. The parties should not submit mere restatements of their application papers.

　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2007

Clerk

t0911